UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

JOSE MARCUS PERRUSQUIA,

 Plaintiff,

    v.

No. 3:22-cv-309

TENNESSEE VALLEY AUTHORITY,

Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION FOR ATTORNEY'S FEES

Before the Court is Plaintiff Jose Marcus Perrusquia's and Defendant Tennessee Valley Authority's Joint Motion to Extend Plaintiff's Deadline to File Its Motion for Attorney's Fees and Related Nontaxable Litigation Expenses [Doc. 28].

Finding that good cause has been shown for the requested extension, the Joint Motion [**Doc. 28**] is hereby **GRANTED**:

1. The deadline for Plaintiff to file his motion for attorney's fees shall be extended to **December 22, 2023.**

2. The deadline for Defendant to file any response to Plaintiff's motion for attorney's fees shall be **January 12, 2024**.

3. The deadline for Plaintiff to file any reply shall be **January 19, 2024**.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge